THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
|       Plaintiff, ) ) | "ECF Case" CIVIL ACTION NO. 05 CV 8103 |
| v. ) ) | (SHS) (DCF) |
| SHAW CREATIONS INC, ) ) | COMPLAINT JURY TRIAL DEMAND |
|       Defendant. ) _____ ) | |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Henry Flamberg, former employee at Shaw Creations, Inc. ("SHAW")  Flamberg, age 83, was terminated due to his age.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Section 16(c) of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. § 216(c).

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of New York.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Shaw has continuously been doing business in the State of New York and New York county, and has continuously had at least 20 employees.

5. At all relevant times, Shaw has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

STATEMENT OF CLAIMS

7.\few On or about November 11, 2004, Shaw engaged in unlawful employment practices at its New York Facility in violation of the ADEA, 29 U.S.C. ¶ 623, by terminating Flamberg, age 83, because of his age.

8. Shaw terminated Flamberg without warning. Flamberg had higher sales than one younger employee who was not terminated.

9. The effect of the practices complained of in paragraphs 7 and 8 above has been to deprive Henry Flamberg of equal employment opportunities and otherwise adversely affect his status as an employee because of his age.

10. The unlawful employment practices complained of in paragraphs 7 and 8 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. ¶ 626(b).

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Shaw, its officers, successors, assigns and all persons in active concert or participation with it, from discriminating against employees age 40 and over on the basis of age and any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B. Order Shaw to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Shaw to pay appropriate back wages in an amount to

be determined at trial, and an equal sum as liquidated damages, or prejudgment interest in lieu thereof, to Henry Flamberg whose employment was unlawfully terminated as a result of the acts complained of above.

D. Order Shaw to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including Henry Flamberg.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

    Respectfully submitted,

    James L. Lee
    Deputy General Counsel

    Gwendolyn Young Reams
    Associate General Counsel

    EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION

    1801 "L" Street, N.W.
    Washington D.C.  20507

    Elizabeth Grossman EG 2478
    Acting Regional Attorney

    Lisa Sirkin
    Supervisory Trial Attorney

    _____
    Louis Graziano
    Trial Attorney LG 0530


    New York District Office
    33 Whitehall St. 5th Fl.
    New York NY 10004
    212-336-3698
    212-336-3623 (Fax)